ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED U.S. DISTRICT COURT
2007 MAR 28 P 4: 22

| | | |
|---|---|---|
| THOMAS GALLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 305-135 |
| | ) | |
| ANTHONY WASHINGTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice for failure to timely effect service, and this civil action shall be **CLOSED**.

SO ORDERED this 28 day of March, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE